OPINION — AG — UNDER THE AUTHORITY OF 63 O.S. 1963 Supp. 1-104, [63-1-104], THE STATE BOARD OF HEALTH IS AUTHORIZED TO HOLD ITS REGULAR BOARD MEETINGS IN OKLAHOMA CITY OR AT AN INSTITUTION DESCRIBED IN SAID SECTION WHICH MAY BE LOCATED IN A TOWN OTHER THAN OKLAHOMA CITY. CITE: 75 O.S. 1961 1 [75-1] ARTICLE VI, SECTION 1 (LEE COOK) ** SEE: OPINION NO. 74-188 (1974) **